UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
ARTHUR BYARD,
                                    Civil Action No. 07-5069 (FSH)
       Petitioner,

      v.                               **O R D E R**

BRUCE A. HAUCK, Administrator,

       Respondent.
_____

    On or about October 22, 2007, Petitioner presented for filing the instant Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On November 26, 2007, he filed an application to proceed with the petition in forma pauperis.

    Based upon Petitioner's affidavit of indigence,

    IT IS on this 30th day of November, 2007,

    ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted.

                                              /s/ Faith S. Hochberg
                                             United States District Judge